UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Ann Michael, <br><br> Plaintiff, <br> v. <br><br> Torres Credit Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No.: 3:11-cv-01331-ARC |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 18, 2011

                                                             Respectfully submitted,

                                                             PLAINTIFF, Mary Ann Michael

                                                            /s/ Jody B. Burton

                                                            Jody B. Burton, Esq. <br>
                                                            Bar No.: 71681 <br>
                                                            **LEMBERG & ASSOCIATES L.L.C.** <br>
                                                            1100 Summer Street, 3rd Floor <br>
                                                            Stamford, CT 06905 <br>
                                                            Telephone: (203) 653-2250 <br>
                                                            Facsimile: (877) 795-3666 <br>
                                                            jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By /s/ Jody B. Burton_____

                                               Jody B. Burton