UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mary Ann Michael, | : |
| | : Civil Action No.: 3:11-cv-01331-ARC |
| Plaintiff, | : |
| v. | : |
| Torres Credit Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Mary Ann Michael ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 31, 2011

Respectfully submitted,

PLAINTIFF, Mary Ann Michael

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 31, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Middle District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Jody B. Burton_____

                                              Jody B. Burton